UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOUIS A. FOXWORTH, JR., and
CHRISTOPHER FOXWORTH,

    Plaintiffs,                       CASE NO.:1:11-CV-713-TWT

v.

FOXWORTH MECHANICAL, INC.
d/b/a L&D MECHANICAL, a Georgia
Corporation, and LOUIS ASHLEY
FOXWORTH, SR., individually,

    Defendants.
_____/

## ~~PROPOSED~~ JUDGMENT

Judgment is hereby entered in favor of Plaintiffs, LOUIS A. FOXWORTH, JR. and CHRISTOPHER FOXWORTH and against Defendants, FOXWORTH MECHANICAL, INC. d/b/a L&D MECHANICAL, and LOUIS ASHLEY FOXWORTH, SR., as to the claims specifically raised in the above styled matter and against the above styled Defendants as follows:

The Court hereby awards each Plaintiff back pay and liquidated damages in the amounts set out below:

    a.    Louis A. Foxworth, Jr.: $5,157.00 in back pay and $5,157.00 in liquidated damages;

    b.    Christopher Foxworth: $1,320.00 in back pay and $1,320.00 in liquidated damages;

DONE and ORDERED, this 4th, day of January, 2012.

                                           /s/Thomas W. Thrash
                                           THE HONORABLE Judge Thomas W. Thrash, Jr.
                                           United States District Judge